**Order entered March 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00172-CV

## IN RE BRIGETTA D'OLIVIO, Relator

**Original Proceeding from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1381-2019**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **DENY** relator's emergency motion for temporary relief as moot.

We also **DENY** relator's emergency motion for permission to file a supplemental petition for writ of mandamus.

/s/    CRAIG SMITH
       JUSTICE